**U.S. Department of Justice**
United States Attorneys

# United States District Court
# for the District of Columbia

FILED

JUN 27 2017

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA :

V. : Case No. 1:17-cr-00112-RDM

THY NIEF MUHAMMAD :

:

### ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the _____ day of _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied at a mutually convenient time by SA Veronica Kyriakides to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to MPD Headquarters _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____ 6/27/17
Judge (U.S. Magistrate)

DOJ USA-16-80