**FILED**

**JUN 27 2017**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:17-cr-00112-RDM |
| v. | : | |
| THY NIEF MUHAMMAD, | : | |
| Defendant. | : | |

## STATEMENT OF THE OFFENSE

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the defendant, THY NIEF MUHAMMAD, and the United States agree to and stipulate as follows:

A. <u>Overview Regarding Tax Matters</u>

At all times relevant herein:

1. The Internal Revenue Service (IRS) is an agency of the United States of America Department of the Treasury and has responsibility for administering provisions of the Internal Revenue Code.

2. A Form 1041 ("U.S. Income Tax Return for Estates and Trusts") is a tax form used by a fiduciary to report the income of a trust. The return also reports deductions to which the trust is lawfully entitled and tax payments that the trust has already made. If the trust is owed a tax refund, IRS Form 1041 can include a request for such a refund.

B. <u>The Conspiracy to Prepare and File False Tax Returns</u>

3. From in or about 2012 to in or about 2014, THY NIEF MUHAMMAD ("MUHAMMAD") and others prepared, aided in the preparation of, and submitted false Forms 1041 seeking fraudulent refunds from the U.S. Treasury.

1

4. As part of the tax fraud conspiracy, certain co-conspirators who were clients (hereinafter "client co-conspirators") became the named fiduciaries for various trusts. MUHAMMAD and others advised the client co-conspirators to create these trusts for the purposes of filing false Forms 1041 and obtaining fraudulent refunds.

5. Once the client co-conspirators created their trusts, MUHAMMAD and others prepared and filed false Forms 1041 on behalf of these trusts. On each relevant Form 1041, MUHAMMAD and others falsely claimed that federal income taxes had been withheld for the trust. Based on this false information regarding withholding, MUHAMMAD and others would then falsely claim that the trust was due a refund.

6. In at least three cases, a trust's named fiduciary received a refund and MUHAMMAD was paid a portion of the refund, either from the fiduciary or from another co-conspirator.

C. Tax Fraud at Tax Service A

7. In or about 2006, MUHAMMAD began working at Tax Service A, owned by Co-conspirator 1, located in Rocky Mount, North Carolina. Tax Service A provided tax preparation and other services to its clients.

8. At Tax Service A, MUHAMMAD, Co-conspirator 1, and others agreed to prepare and file, and then took steps toward preparing and filing, false tax returns that requested fraudulent refunds from the U.S. Treasury. MUHAMMAD, Co-conspirator 1, and others also received portions of the fraudulent refunds that the client co-conspirators obtained from the U.S. Treasury.

9. For example, Muhammad helped prepare a false Form 1041 for Client Co-conspirator A, who resided in Maryland. Client Co-conspirator A was the fiduciary of Trust 1.

2

10. The IRS issued a refund in the amount of $964,742 to Trust I. Co-conspirator 1 received a portion of this refund, and in turn paid MUHAMMAD a portion of the refund.

D. Tax Fraud at Seventh Millennium International

11. In or about 2013, MUHAMMAD stopped working at Tax Service A and started his own business, Seventh Millennium International ("Seventh Millennium"), in Freedom Hill, North Carolina. MUHAMMAD received multiple "referrals" from Co-conspirator 1, a Tax Service A official. Seventh Millennium offered many different financial and legal services, including tax preparation services, to its clients.

12. One of MUHAMMAD's tax preparation services involved advising clients to set up purported trusts that existed for the sole purpose of committing tax fraud and then preparing and filing IRS Forms 1041 on behalf of these trusts.

13. At Seventh Millennium, MUHAMMAD prepared and filed at least ten IRS Forms 1041 that requested fraudulent refunds, and two of these returns resulted in the IRS issuing refunds.

14. The returns MUHAMMAD prepared were false because they reported nonexistent tax withholdings and requested refunds of taxes never paid to the IRS.

15. MUHAMMAD personally benefitted from the false return conspiracy because he received a portion of the fraudulent refunds.

16. From in or about 2012, and continuing until in or about 2014, within the District of Columbia and elsewhere, the defendant, MUHAMMAD, and others did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree together and with each other and with other individuals both known and unknown to defraud the United States for the

purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of the revenue: to wit, income taxes.

17. It was the goal of the conspiracy that the defendant, MUHAMMAD, and others would enrich themselves and obtain money by (a) preparing and filing fraudulent U.S. federal income tax returns, including Forms 1041 that (i) falsely claimed that federal taxes had been withheld from certain trusts already and (ii) falsely claimed that each trust was thus owed a federal tax refund; and (b) obtaining fraudulent refunds from the U.S. Treasury and distributing these refunds to various co-conspirators. These false returns caused fraudulent income tax refunds to be issued via U.S. Treasury checks that were mailed to various addresses located in the District of Columbia and elsewhere.

18. In order to further the objects and goals of the conspiracy, the defendant, MUHAMMAD, and others used the following manners and means, among others:

    A. The defendant, MUHAMMAD, and others advised client co-conspirators to set up trusts whose only purpose was to allow a co-conspirator to file a false Form 1041 for the trust.

    B. The defendant, MUHAMMAD, and others prepared and submitted false Forms 1041 on behalf of client co-conspirators, who were fiduciaries of trusts.

    C. The defendant, MUHAMMAD, and others received portions of the fraudulent refunds obtained from the U.S. Treasury.

19. Within the District of Columbia and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant,

MUHAMMAD, and others committed the following overt acts, among others:

A. On or about the dates listed below, the following fraudulent Forms 1041 were submitted to the IRS:

| TAX YR | FILER TRUST NAME | FILER FIDUCIARY | APPROX. REFUND REQUESTED | APPROX. REFUND RECEIVED | APPROX. DATE RECEIVED |
|---|---|---|---|---|---|
| 2011 | Trust I | Client Co-conspirator A | $964,742.00 | $964,742.00 | 10/16/2012 |
| 2012 | Trust II | Client Co-conspirator B | $519,211.00 | $527,425.87 | 10/3/2013 |
| 2013 | Trust III | Client Co-conspirator C | $796,256.00 | $0.00 | 10/15/2014 |
| 2012 | Trust IV | Client Co-conspirator D | $493,166.00 | $0.00 | 10/3/2013 |
| 2012 | Trust V | Client Co-conspirator E | $512,321.00 | $0.00 | 10/4/2013 |
| 2012 | Trust VI | Client Co-conspirator F | $500,136.00 | $505,383.73 | 10/4/2013 |
| 2012 | Trust VII | Co-conspirator 1 | $524,675.00 | $0.00 | 10/15/2013 |
| 2013 | Trust VII | Co-conspirator 1 | $441,014.00 | $0.00 | 4/3/2014 |
| 2013 | Trust VIII | Client Co-conspirator G | $504,493.00 | $0.00 | 4/15/2014 |
| 2013 | Trust IX | Client Co-conspirator H | $525,948.00 | $0.00 | 7/15/2014 |
| 2013 | Trust X | Client Co-conspirator I | $478,412.00 | $0.00 | 10/15/2014 |

**Funds Received for Client Co-conspirator A's Form 1041**

B. MUHAMMAD prepared a draft of the 2011 Form 1041 for Trust I while working at Tax Service A. Another party at Tax Service A submitted the final return.

C. Co-conspirator 1, the owner of Tax Service A, paid MUHAMMAD approximately $20,000 for his role in preparing the 2011 Form 1041 for Trust I.

**Funds Received for Client Co-conspirator B's Form 1041**

D. On or about April 25, 2014, a U.S. Treasury refund check for $527,425.87, payable to Trust II, was deposited into that trust's Navy Federal Credit Union checking account, which ends in -1373.

E. On or about May 1, 2014, the fiduciary of that trust, Client Co-conspirator B, transferred $77,882 from the trust's bank account ending in -1373 to Client Co-conspirator B's and Client Co-conspirator C's Navy Federal Credit Union joint savings account, which ends in -4798.

F. Client Co-conspirators B and C then paid MUHAMMAD $77,882 via cashier's check for the Form 1041 he had filed for Trust II.

ROSEMARY E. PAGUNI
Section Chief
Northern Criminal Enforcement Section
Department of Justice, Tax Division

Abigail Burger Chingos (NY Bar # 675874)
Jeffrey A. McLellan (DC Bar # 484017)
Trial Attorneys
Department of Justice, Tax Division
601 D Street, NW
Washington, D.C. 20004
(202) 305-3264
Abigail.B.Chingos@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of the Offense. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

6/27/17
Date

Thy Nief Muhammad
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have discussed this Statement of Offense with my client, Thy Nief Muhammad, and I concur with his decision to stipulate to this Statement of the Offense.

6/27/17
Date

Nathan Silver, Esq.
Attorney for Defendant