Rev 3/2010

**FILED**

**JUN 27 2017**

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 17cr112 (RDM) |
| ) | |
| THY NIEF MUHAMMAD ) | |

## WAIVER OF INDICTMENT

I, _____THY NIEF MUHAMMAD_____, the above-named defendant, who is accused of

Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 27, 2017_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: 6/27/17
Randolph D. Moss
United States District Judge