CO 526 Rev. 3/2010

FILED
JUN 27 2017
Clerk, U.S. District and Bankruptcy Courts

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 17cr112 (RDM)
)
THY NIEF MUHAMMAD )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Defendant

Counsel for Defendant

I consent:

Assistant United States attorney

Approved:

United States District Judge

Date: 6/27/17